UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-02244-MRA-PD | Date | March 12, 2026 |
|---|---|---|---|
| Title | *Rocky Patel Premium Cigars, et al v. Robert Bonta* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY HEARING ON MOTION TO DISMISS [24] SHOULD NOT BE DEFERRED PENDING NINTH CIRCUIT DECISION**

Plaintiffs Rocky Patel Premium Cigars, Inc., Oliva Cigar Co., Piloto Cigars, Inc. d/b/a Padrón Cigars, Inc., A. Fuente & Co., LLC, Ashton Distributors, Inc., Premium Imports, Inc. d/b/a La Flor Dominicana, My Father Cigars, Inc., Cigar Rights of America, and Premium Cigar Association (collectively, "Plaintiffs") bring this action against Robert Bonta in his official capacity as Attorney General of the State of California ("the State" or "Defendant"), alleging that Assembly Bill 3218 ("A.B. 3218"), which governs unflavored tobacco products, is unconstitutional and preempted by federal law.   *See* ECF 20.

On October 7, 2025, Plaintiffs filed an Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Application").   ECF 9. The Application sought an order that would enjoin Defendant from enforcing the October 9, 2025, UTL application submission deadline against premium cigars. The Court denied the Application on the grounds that it lacked jurisdiction over Plaintiffs' state law claims that the request for emergency relief was based on.   ECF 15.

Plaintiffs then filed a motion for a preliminary injunction, seeking an injunction that would prohibit Defendant from enforcing A.B. 3218 and its implementing regulations against premium cigars.   ECF 23.   After a hearing, the Court denied Plaintiff's motion for a preliminary injunction, concluding that Plaintiffs were not likely to succeed on their claims for express preemption, implied preemption, and First Amendment violations.   ECF 33.   Plaintiffs then promptly filed a Notice of Appeal.   ECF 34.   The United States Court of Appeals for the Ninth Circuit is set to hear oral argument in Plaintiffs' appeal of the Court's denial of the preliminary injunction on April 14, 2026.   ECF 48.   While the preliminary injunction was pending, Defendants moved to dismiss Plaintiffs' First Amended Complaint in its entirety.   ECF 24.   The Motion to dismiss raises the same preemption and First Amendment issues considered by the Court in its order denying the preliminary injunction and which are now being considered by the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-02244-MRA-PD | Date | March 12, 2026 |
|---|---|---|---|
| Title | *Rocky Patel Premium Cigars, et al v. Robert Bonta* | | |

Ninth Circuit.

In light of the overlap between the legal issues presented by the Motion to Dismiss and those presented on appeal, the Court believes that the interests of judicial economy and fairness may be best served by deferring hearing and ruling on the Motion to Dismiss until the Ninth Circuit resolves Plaintiffs' appeal of the Court's order denying the preliminary injunction. The parties are therefore **ORDERED TO SHOW CAUSE** in writing by no later than **March 20, 2025**, in a joint brief not to exceed five (5) pages, why the Court should not defer ruling on the Motion to Dismiss until the Ninth Circuit disposes of Plaintiffs' appeal.

**IT IS SO ORDERED.**

                                                                -    :    -

                                Initials of Deputy Clerk        mku